Stella Havkin (SBN 134334)
Havkin & Shrago Attorney at Law
5950 Canoga Ave. Ste. 400
Woodland Hills, CA 91367
Telephone (818)-999-1568
Facsimile (818)-305-6040
Email: stella@havkinandshrago.com

Attorneys for Plaintiff and Debtor/Debtor in Possession Tomer Fridman

**FILED & ENTERED**

**OCT 15 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Ogier    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>   Tomer Fridman,<br><br>       Debtor and Debtor in Possession.<br><br>_____<br><br>Tomer Fridman,<br><br>      Plaintiff,<br><br>v.<br><br>Loanme, Inc., a Nevada Corporation,<br><br>      Defendant. | Case No.: 1:16-bk-11729-MB<br><br>Adversary No. 1:18-ap-01061-MB<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE AND FOR WITHDRAWAL OF** ~~PROOF OF~~ **CLAIM**~~S~~ |

1

ORDER DISMISSING COMPLAINT WITH PREJUDICE

The Court having reviewed and considered the *Stipulation to (1) Dismiss Complaint with Prejudice and (2) for Withdrawal of Proof of Claim* (the "Stipulation"), entered into by and between Plaintiff Tomer Fridman ("Plaintiff"), on the one hand, and Defendant LoanMe, Inc. ("LoanMe," and together with Plaintiff, collectively, the "Parties"), on the other hand, by and through their respective counsel of record, and <u>having reviewed the Plaintiff's Disclosure Statement at Exhibit B listing two scheduled, unsecured claims in favor of LoanMe (the "Scheduled Claims"), and</u> good cause appearing to approve the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved in its entirety;

2. The Adversary Proceeding is deemed dismissed with prejudice;

3. LoanMe's ~~proof of claim~~ <u>Scheduled Claims</u> against Plaintiff's estate shall be deemed withdrawn <u>and disallowed</u> and it will not receive any distributions from the Debtor's Confirmed Second Amended Chapter 11 Plan.

###

Date: October 15, 2018

*[signature: Martin R. Barash]*
Martin R Barash
United States Bankruptcy Judge